## HENNING HOTEL CO., A CORPORATION v. STATE BOARD OF EQUALIZATION
### (No. 1511; January 17, 1929; 273 Pac. 700)

*Edwin Barrett* and *Vincent Mulvaney,* for appellant.

*William O. Wilson,* Attorney General, and *James A. Greenwood,* Deputy Attorney General, for respondent.

RINER, Justice.

Inasmuch as the questions presented in this case are by stipulation of the parties discussed only through the briefs filed in No. 1510, and are identical with those presented in that case, the disposition of the latter this day made must govern here. The action of the District Court, in dismissing the appeal, is accordingly affirmed.

*Affirmed.*

BLUME, C. J., and KIMBALL, J., concur.

## W. F. HENNING v. STATE BOARD OF EQUALIZATION OF WYOMING
### (No. 1512; Jan. 17, 1929; 273 Pac. 700)

*Edwin Barrett* and *Vincent Mulvaney,* for appellant.

*William O. Wilson,* Attorney General, and *James A. Greenwood,* Deputy Attorney General, for respondent.

RINER, Justice.